LAW OFFICE OF JAY A. NELSON
JAY A. NELSON, OSB No. 161470
637 SW Keck Drive, No. 415
McMinnville, OR 97128
Telephone: 971.319.3099
Fax: 503.419.4371
Email: jay@jayanelson.com

Attorney for Defendant
BRENDA LILI BARRERA ORANTES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff/Appellee,

  v.

BRENDA LILI BARRERA ORANTES,

        Defendant/Appellant.

USDC No. 3:25-cr-202-IM-1
USCA No. 26-683

UNOPPOSED MOTION FOR ORDER
AUTHORIZING DISCLOSURE OF
SEALED, NONPUBLIC DOCKET TO
APPELLATE COUNSEL

Defendant/Appellant Brenda Lili Barrera Orantes respectfully moves for limited

disclosure of the full and complete nonpublic docket in this case.

The docket contains records which are invisible on PACER to undersigned

appellate counsel. In counsel's experience, the absence of descriptive text for such

docket entries typically signifies the existence of a sealed and/or *ex parte* filing event.

Ms. Barrera Orantes may wish to request access to the underlying records at issue to

evaluate and prepare her appeal, but counsel cannot make an informed determination

in that respect due to the absence of descriptive text for the missing entries.

In order that appellate counsel may discharge his obligation to conduct a

comprehensive review of the record on appeal, Ms. Barrera Orantes respectfully asks the

Court to enter an order directing the Clerk of the Court to provide a full and complete

1  MOTION FOR NONPUBLIC DOCKET

copy of the sealed, nonpublic docket to undersigned appellate counsel.  In addition, Ms. Barrera Orantes asks that other professional members of her appellate team—*e.g.*, paralegals—may also be permitted to review and possess the sealed docket.  Ms. Barrera Orantes anticipates that she will move separately, in due course, for the disclosure of any underlying sealed and/or *ex parte* records reflected on the nonpublic docket that counsel deems necessary for his assessment of the appeal.

Ms. Barrera Orantes has addressed this request with Assistant United States Attorney Kelly Zusman.  Ms. Zusman responded that the government does not object.

Respectfully submitted,

DATED: July 6, 2026                LAW OFFICE OF JAY A. NELSON

*/s/ Jay A. Nelson*
JAY A. NELSON
637 SW Keck Drive, No. 415
McMinnville, OR 97128

Attorney for Defendant
BRENDA LILI BARRERA ORANTES

2  MOTION FOR NONPUBLIC DOCKET